UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA MORRING, et al.          : | |
| :                                 | |
| **Plaintiffs,**     :             | |
| :                                 | |
| v.                              : | Case No. 06-2036 (RMC) |
| :                                 | |
| CHILDREN'S NATIONAL MEDICAL     : | |
| CENTER, INC.                    : | |
| :                                 | |
| **Defendant**       :             | |
| :                                 | |

## LCvR 16.3 REPORT

COME NOW the parties, by and through their respective counsel who have met and conferred and hereby submit this report pursuant to LCvR 16.3:

1. Counsel do not believe that this case is likely to be disposed of by dispositive motion.

2. The parties have agreed that the date on which other parties shall be joined or the pleadings amended, and whether some or all the factual and legal issues can be agreed upon or narrowed will be 30 days after the close of discovery.

3. The parties have agreed that this case should not be assigned to a magistrate judge for all purposes, including trial.

4. It is unknown at this time whether there is a realistic possibility of settling this case.

5. The parties have agreed that this case could benefit from the Court's alternative dispute resolution (ADR) procedures (or some other form of ADR) at the close of discovery.

6. It is unlikely that this case can be resolved by summary judgment or motion to dismiss.

7. The parties stipulate to dispense with the initial disclosures required by Rule 26(a)(1), F.R.Civ.P.

8. The parties request that discovery close on December 21, 2007 and Plaintiff's 26(b)(4) Statement be due on September 28, 2007 and Defendant's 26(b)(4) Statement should be due on November 9, 2007. The parties do not request a protective order.

     9. The parties agree that witness reports should not be exchanged.

     10. Not applicable.

     11. Counsel for the Plaintiff does not agree to bifurcate this case but counsel for the Defendant requests bifurcation of liability and damages.

     12) The parties request that the pretrial conference take place on January 25, 2008.

     13) The parties request that the Court set a firm trial date at the first scheduling conference.

     14) The parties do not believe that there are any other matters for inclusion in the scheduling order.

     Respectfully submitted,

/s/Ira Sherman/
Ira Sherman, Esquire
CHAIKIN & SHERMAN, P.C.
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 659-8600


/s/Anthony Newman/
Anthony Newman, Esquire
NEWMAN, McINTOSH & HENESSEY, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814
(301) 654-3400
**Attorneys for Plaintiffs**


/s/Nicholas McConnell/
Nicholas McConnell, Esquire
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Washington, DC 20036
(202) 457-1600
**Attorneys for Defendants**