UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TERESA MORRING, et al.** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Case No. 06-2036 (RMC) |
| | : | |
| **CHILDREN'S NATIONAL MEDICAL CENTER, INC.** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## ORDER

Upon consideration of Counsel's LCvR 16.3 Report, it is this _____ day of _____, 2007;

**ORDERED,** that the LCvR 16.3 Report and proposals of counsel be, and the same hereby is, **ACCEPTED**; and it is further,

**ORDERED,** that a Scheduling Order be put into place as follows:

| | |
|---|---|
| 09/28/07 | Plaintiff's 26(b)(4) Statement |
| 11/09/07 | Defendant's 26(b)(4) Statement |
| 12/21/07 | Discovery Deadline |
| 01/28/08 | Joinder of Parties |
| 01/28/08 | Amendments to Pleadings Deadline |

                                              _____
                                              Judge, United States District Court for the
                                              District of Columbia

cc:

Ira Sherman, Esquire
CHAIKIN & SHERMAN, P.C.
1232 Seventeenth Street, N.W.
Washington, D.C. 20036

Anthony Newman, Esquire
NEWMAN, McINTOSH & HENESSEY, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814
**Attorneys for Plaintiffs**

Nicholas McConnell, Esquire
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Washington, DC 20036
**Attorneys for Defendants**