UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERESA MORRING,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-2036 (RMC) |
| ) | |
| **CHILDREN'S NATIONAL MEDICAL** ) | |
| **CENTER, INC.,** ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open court on April 20, 2007, it is hereby **ORDERED** that:

1. Motions to join third parties or to amend the pleadings shall be filed no later than September 28, 2007.

2. Each party is limited to a maximum of five depositions.

3. Each party is limited to a maximum of 25 interrogatories, including discrete subparts. Responses to all interrogatories shall be made 30 days after service.

4. Each party is limited to a maximum of 25 requests for admissions, including discrete subparts. Responses to all requests for admissions shall be made 30 days after service.

5. All discovery shall be completed no later than December 21, 2007.

6. Dispositive motions shall be filed no later than February 4, 2008; oppositions and replies shall be filed according to the Local Rules of this Court. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

7. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

8. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

9. A further status conference is scheduled for 10:15 a.m. on September 5, 2007. A pretrial conference is scheduled for 9:30 a.m. on April 30, 2008. This matter is scheduled for a two-week trial beginning May 5, 2008. Trial counsel shall appear at all hearings, unless excused by the court in advance of the hearing date.

10. The parties have expressed a desire to participate in mediation after conducting initial discovery. Accordingly, this matter will be referred to a Magistrate Judge for a 60-day period, beginning September 28, 2007 and ending October 29, 2007, for purposes of mediation. Discovery shall be suspended during the mediation period.

11. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: April 20, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge