UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TERESA MORRING, et al.** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Case No. 06-2036 (RMC) |
| | : | |
| **CHILDREN'S NATIONAL MEDICAL CENTER, INC.** | : | |
| | : | |
| **Defendant** | : | |

# JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's order of September 6, 2007.

The mediation scheduled for October 2, 2007 was postponed at Defendant's request because of the inability of the Defendant to be able to have a representative at the mediation. The mediation has been rescheduled to October 31, 2007. It was the Plaintiffs' intention to forgo fact depositions until mediation in the interests of judicial economy. However, now that the mediation has been postponed, the Plaintiff is seeking dates to conduct three further depositions[1] so that Plaintiffs' Preliminary 26(b)(4) Statement, which Plaintiff filed timely, can be finalized. The Defendant has agreed to assist in scheduling the three fact witness depositions on or before October 31. In the event this matter is not resolved by mediation, the parties have agreed that Plaintiffs will file their final Rule 26(b)(4) Expert Witness

---

[1] Plaintiffs have requested the depositions of the following additional fact witnesses: (1) Dr. Powell, the surgeon who performed the ECMO cannula repositioning procedure on the morning of September 15, 2005, (2) a representative from the company which manufactured the ECMO "pump" regarding use of the pump for ECMO lasting over 6 hours, and (3) Dr. Rais-Bahrami, a neonatologist who was present at the bedside at the time of the events in

Statement on or before November 15, 2007, and that Defendant will file its final Rule 26(b)(4) Expert Witness Statement on or before December 31, 2007, so as not to interfere with the presently scheduled trial date of Monday, May 5, 2008.

                        Respectfully submitted,

/s/Ira Sherman/
Ira Sherman, Esquire
CHAIKIN, SHERMAN,
   CAMMARATA & SIEGEL, P.C.
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 659-8600


/s/Anthony Newman/
Anthony Newman, Esquire
NEWMAN, McINTOSH & HENESSEY, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814
(301) 654-3400
**Attorneys for Plaintiffs**


/s/ Nicholas S. McConnell
Nicholas S. McConnell
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
Washington, D.C. 20036
(202) 457- 1600
**Attorney for Defendant**

question.

2

480271v.1

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing Status Report was electronically mailed this 5th day of October, 2007 to:

    Anthony Newman, Esquire
    NEWMAN, McINTOSH & HENESSEY, LLP
    7315 Wisconsin Avenue, Suite 700E
    Bethesda, Maryland 20814

    Ira Sherman, Esquire
    CHAIKIN, SHERMAN,
    CAMMARATA & SIEGEL, P.C.
    1232 Seventeenth Street, N.W.
    Washington, D.C. 20036

              /s/ Nicholas S. McConnell
              Nicholas S. McConnell