IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06CV02036 |
| ) | Collyer, J. |
| CHILDREN'S NATIONAL ) | |
| MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S PRELIMINARY RULE 26(B)(4) STATEMENT
CONCERNING PROPOSED RETAINED EXPERT TESTIMONY**

Pursuant to the Scheduling Order entered by the Court on April 4, 2007, Defendant Children's National Medical Center ("CNMC"), by counsel, hereby files this Rule 26(b)(4) Preliminary Statement concerning expert witnesses it may call at trial and the testimony it expects to elicit from the witnesses.  Defendant CNMC states that pretrial fact discovery is ongoing and, further, Defendant has not yet deposed the expert witnesses designated by Plaintiffs as Plaintiffs have stated the designation is "preliminary" pending completion of fact witnesses.  Accordingly, until Plaintiffs have filed their final expert witness statement and Defendant has had an opportunity to depose the experts, Defendant reserves the right to amend this Preliminary Statement and to designate such additional expert witnesses as may be appropriate.  Subject thereto, Defendant CNMC identifies the following expert witnesses:

1.     Robert H. Bartlett, M.D., Professor of Surgery, Emeritus, University of Michigan Health Systems, 200 Zina Pitcher Place, 7679 Kresge I/Box 0522, Ann Arbor, MI, 48109.

Dr. Bartlett is Professor Emeritus in the Section of General Surgery, Division of Acute Care Surgery, and continues to be active in the lab and clinical research.  Prior to becoming Professor Emeritus on July 1, 2005, Dr. Bartlett was Director of the Surgical Intensive Care Unit, Program Director of the Surgical Critical Care Fellowship and Director of the Extracorporeal Life Support Program at the University of Michigan Medical Center. He received his medical degree, *cum laude*, from the University of Michigan Medical School in 1963.  He served as an intern in Surgery at Peter Bent Brigham Hospital in Boston from 1963-1966.  In 1969 he completed his general surgery residency including one year of residency in Thoracic Surgery.  Dr. Bartlett was also a NIH Trainee in Academic Surgery at Harvard Medical School from 1966-1970.  He was on the faculty at the University of California, Irvine, 1970-1980, and has been at the University of Michigan since 1980.

Dr. Bartlett has been the recipient of many awards and honors over the last thirty years.  In 2002, he was awarded the Medallion for Scientific Achievement from the American Surgical Association.  In 2003, Dr. Bartlett received the Ladd Medal of the American Academy of Pediatrics and the American College of Surgeons Jacobson Award.  In addition, he was honored with two inductions: the National Institutes of Health Great Clinical Teachers Series and the Institute of Medicine of the National Academy of Science.

Dr. Bartlett's clinical interests include a full range of general and thoracic surgery with particular interest in acute physiology and critical care.  Other areas of special expertise include inflammatory bowel disease and continent ileostomy, endocrine disease, trauma, acute respiratory and acute cardiac failure, and mechanical life support systems.  Clinical and basic science research interests include cardiopulmonary pathophysiology, cardiopulmonary mechanical support systems, bioengineering applied to cardiorespiratory support systems, blood surface interaction and thrombogenesis, extracorporeal support systems applied to liver failure and cancer therapy.

Dr. Bartlett is familiar with the national standard of care relevant to the circumstances in this case and is expected to testify to a reasonable degree of medical certainty that the care Q.E.S. received in September, 2005 at CNMC complied in all respects with the applicable standard of care.  He is further expected to testify that no acts or omissions on the part of CNMC, its agents or employees proximately caused the damages and injuries claimed herein.

Dr. Bartlett's testimony will be based upon his professional knowledge, training and experience, his review of the medical records, and his review of discovery materials in this matter.  His *curriculum vitae* will be forwarded to Plaintiffs' counsel.

2.   Nancy Bond, M.Ed., CLCP, 8258 Veterans Highway, Suite 13m Millersville, MD 21108.  Ms Bond is a life-care planner whose *curriculum vitae* will be forwarded to all counsel.

Ms. Bond is expected to testify regarding the future life care needs of Q.E.S.  Ms. Bond is further expected to respond to the opinions of Plaintiffs' life care planning

expert, Ms. Kathleen Sampek, regarding medical interventions and therapeutic procedures, among others. Ms. Bond will base her opinions on her knowledge, training, and experience in the field of life care planning, as well as upon her review of relevant medical records, pleadings, depositions transcripts, other discovery materials and documents in this case, and a home visit with Q.E.S. and Plaintiff Teresa Morring.

Ms. Bond's report detailing her opinions will be forwarded to Plaintiffs' counsel once she has completed her home visit with Q.E.S. and Ms. Morring.

3.    Michael R. Bye, M.D., Acting Director, Pediatric Pulmonary Medicine, Professor of Clinical Pediatrics, Children's Hospital of New York, 3959 Broadway, New York, NY 10032.

Dr. Bye is Board-certified in Pediatrics and Pediatric Pulmonology. He is expected to testify that no acts or omissions on the part of CNMC, its agents or employees proximately caused the damages alleged in the Complaint.

Dr. Bye will base his testimony on his knowledge, training, and experience in the field of medicine in general and his specialties in pediatrics and pediatric pulmonology, as well as his review of the medical records, deposition testimony, and relevant pleadings, discovery materials and other documents in this case.

Dr. Bye's *curriculum vitae* will be forwarded to Plaintiffs' counsel.

4.    Thomas F. Grogan, CFE, Victoria Business Center, 1489 Baltimore Pike, Suite 211, Springfield, PA 19064.

Mr. Grogan is an economist who is expected to testify regarding the costs associated with the future life care needs of Q.E.S. Mr. Grogan is further expected to

respond to the opinions of Plaintiffs' economist, Dr. Richard Lurito, including methods of determining growth rates and discount rates. A report detailing his opinions will be forwarded to all counsel.

Mr. Grogan will base his opinions on his knowledge, training and experience in the field of economics, as well as upon his review of relevant medical records, pleadings, deposition transcripts, and other documents in this case.

Mr. Grogan's *curriculum vitae* will be forwarded to Plaintiffs' counsel.

5.   Daniel J. Licht, M.D., Pediatric Neurologist, The Children's Hospital of Philadelphia, 34th Street and Civic Center Boulevard, Philadelphia, PA 19104.

Dr. Licht is familiar with the national standard of care relevant to the circumstances in this case and is expected to testify to a reasonable degree of medical certainty that CNMC and its agents and employees complied fully with the standard of care. He is further expected to testify to a reasonable degree of medical certainty that no acts or omissions on the part of CNMC, its agents or employees proximately caused the injuries alleged in the Complaint.

Dr. Licht will base his testimony on his knowledge, training, and experience in the field of medicine in general and his specialties in pediatrics and pediatric neurology, as well as his review of the medical records, deposition testimony, relevant pleadings, discovery materials and other documents in this case.

Dr. Licht's *curriculum vitae* will be forwarded to Plaintiffs' counsel.

6.   Suzanne Parisian, M.D., President, MD ASSIST, Inc., 7117 N. 3rd Street Phoenix, AZ 85020.

     Dr. Parisian is President of MD ASSIST, Inc.  She is a physician licensed in Virginia and Arizona.  She is a graduate of the University of Central Florida (B.S. 1974, M.S. 1975) and the University of South Florida (M.D. 1978).  She is Board certified in Anatomic and Clinical Pathology and has served as a Medical Officer and Chief Medical Officer at the Center for Devices and Radiological Health, United States Food and Drug Administration.  Her clinical device responsibility areas have included extracorporeal circulation.  Dr. Parisian's *curriculum vitae* will be forwarded to Plaintiffs' counsel.

     Dr. Parisian is expected to testify that the ECMO therapy conducted by CNMC in 2005 constituted the practice of medicine, not a clinical investigation under either FDA or NIH standards.  She will further testify that ECMO is a form of mechanical ventilatory support wherein component parts have received 510(k) clearance as substantially equivalent to FDA-approved devices.

     Dr. Parisian is further expected to testify that pediatric medicine has a limited number of devices that have actually been cleared for an intended pediatric use, and, although the FDA has the authority to remove unsafe ECMO components from the market, it also provides corrected updated devices in those cases to protect the safety of children receiving lifesaving therapy.  She is further expected to testify that the ECMO circuit used by Children's National Medical Center in this matter complied in all respects with prevailing standards of practice for the use of such devices.

     Dr. Parisian will base her testimony on her knowledge, training, and experience in the field of medicine in general and her experience with medical device regulation, as

well as her review of the medical records, deposition testimony, relevant pleadings, discovery materials and other documents in this case.

7. Iyalla E. Peterside, M.D., Associate Medical Director, Newborn Infant Center; Medical Director, Neonatal ECMO Services; Medical Director, Infant Breathing Disorder Center, Children's Hospital of Philadelphia and the Hospital of the University of Pennsylvania Health System, 3400 Spruce Street, Philadelphia, PA 19104.

Dr. Peterside is a physician Board certified in Pediatrics and Neonatal-Perinatal Medicine. His *curriculum vitae* will be forwarded to Plaintiffs' counsel.

Dr. Peterside is familiar with the national standard of care relevant to the circumstances in this case. Dr. Peterside is presently reviewing the records in this matter and will also be asked to review in particular the proposed testimony and any deposition testimony by Plaintiffs' designated expert witness, Carolyn Crawford, M.D. Dr. Crawford practices at a hospital that does not perform ECMO, has patients from time-to-time who require ECMO therapy as a life sustaining intervention, and actually transfers most of those ECMO patients for such therapy to the hospital where Dr. Peterside practices and serves as Medical Director, Neonatal ECMO Services. Defendant reserves the right to supplement this statement as discovery concerning Plaintiffs' expert witnesses, particularly any testimony by Dr. Crawford, is completed. It would further be expected that any such testimony by Dr. Peterside would be based on his knowledge, training, and experience in the field of medicine in general and his specialties in pediatrics and neonatal-perinatal medicine, as well as his review of the

medical records, deposition testimony, relevant pleadings, discovery materials and other documents in this case.

8.      Gerald V. Raymond, M.D., Associate Professor of Neurology, Johns Hopkins University/Kennedy Kreiger Institute, 7070 N. Broadway, Baltimore, MD 21205.

Dr. Raymond is Board-certified in Pediatrics, Pediatric Neurology, and Medical Genetics. His *curriculum vitae* will be forwarded to Plaintiffs' counsel.

Dr. Raymond is expected to testify to a reasonable degree of medical certainty that it is more probable than not that Q.E.S.'s neurological deterioration and his ultimate neurological status were not proximately caused by the period of time that he was off the ECMO circuit on September 15, 2005, or as the result of any other alleged negligence on the part of Children's National Medical Center, but was the result of other disease processes.

Dr. Raymond will base his testimony on his knowledge, training, and experience in the field of medicine in general, his specialties in pediatrics, neurology, and genetics, as well as his review of the medical records, deposition testimony, relevant pleadings, discovery materials and other documents in this case.

9.      Robert A. Zimmerman, M.D., Department of Radiology, The Children's Hospital of Philadelphia, 324 South 34th Street, Philadelphia, PA 19104.

Dr. Zimmerman is Board certified in Radiology, Diagnostic Radiology, and Neuroradiology. He is the Chief of Pediatric Neuroradiology, Children's Hospital of Philadelphia/University of Pennsylvania Hospital System.

Dr. Zimmerman is expected to testify to a reasonable degree of medical certainty based on the head imaging studies and other materials in the medical records in this case that the period of time that the infant was off the ECMO circuit on September 15, 2005, was not a proximate cause of the infant's subsequently identified profound central nervous system - brain pathology.  Dr. Zimmerman is further expected to testify that no actions or omissions on the part of CNMC or its agents or employees proximately caused the injuries and damages claimed herein.

Dr. Zimmerman will base his testimony on his knowledge, training, and experience in the field of medicine in general and his specialties in radiology and neuroradiology, as well as his review of the medical records, deposition testimony, relevant pleadings, discovery materials and other documents in this case.

Defendant CNMC reserves the right to supplement this Statement following the completion of fact discovery and depositions of Plaintiffs' expert witnesses following the filing of Plaintiffs' final expert witness statement.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.


By: /s/ Nicholas S. McConnell
   Nicholas S. McConnell (#167642)
   Lydia A. Auzoux (#477054)
   1120 Twentieth Street, NW
   (South Tower)
   Washington, DC  20036-3437
   (202) 457-1600
   nmcconnell@jackscamp.com
   lauzoux@jackscamp.com

Counsel for Defendant Children's
National Medical Center

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Preliminary Rule 26(b)(4) Statement Concerning Proposed Retained Expert Testimony was served, via first-class mail, postage prepaid, this 9th day of November, 2007, upon:

>Ira Sherman, Esq.
>Chaikin & Sherman, P.C.
>1232 Seventeenth Street, NW
>Washington, D.C. 20036
>
>Anthony Newman, Esq.
>Newman McIntosh & Hennessey, LLP
>7315 Wisconsin Ave.
>Suite 700E
>Bethesda, MD 20814
>
>Counsel for Plaintiffs

                        /s/ Nicholas S. McConnell
                        Nicholas S. McConnell

490525v.1