IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and DESHAUNIA Q. SNOWDEN, as Parents and Next Friends of QUINTON ELIJAH SNOWDEN,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S NATIONAL MEDICAL CENTER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06CV02036<br>)<br>) Judge Rosemary M. Collyer<br>)<br>)<br>) |

### PRAECIPE ENTERING APPEARANCE

Pursuant to LCvR 83.6, the Clerk of the Court will please enter the appearance of Krista A. Maizel, Esquire, of Jackson & Campbell, P.C., as additional counsel for Defendant Children's National Medical Center in this matter.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: /s/ Krista Maizel
Nicholas S. McConnell (#167742)
Lydia A. Auzoux (#477054)
Krista A. Maizel (#503597)
1120 – 20th Street, NW (South Tower)
Washington, DC 20036-3437
(T)(202) 457-1600
(F)(202) 457-1678
nmcconnell@jackscamp.com
lauzoux@jackscamp.com
kmaizel@jackscamp.com

*Counsel for Defendant*
*Children's National Medical Center*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2007, I caused the foregoing Praecipe Entering Appearance to be electronically served upon the following:

Ira Sherman, Esq.
CHAIKIN & SHERMAN, P.C.
1232 Seventeenth St., NW
Washington, DC 20036

Anthony Newman, Esq.
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave.
Suite 700E
Bethesda, MD 20814

*Counsel for Plaintiffs*

Krista Maizel