IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and )<br>DESHAUNIA Q. SNOWDEN, as )<br>Parents and Next Friends of )<br>QUINTON ELIJAH SNOWDEN, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　　　)<br>CHILDREN'S NATIONAL MEDICAL )<br>CENTER, )<br>　　　　　Defendant. ) | Civil Action No. 06CV02036<br><br>Judge Rosemary M. Collyer |

**JOINT CONSENT MOTION TO ENLARGE TIME FOR**
**DISCOVERY AND NUMBER OF DEPOSITIONS**

Plaintiffs Teresa A. Morring and Deshaunia Q. Snowden, by counsel, and Defendant Children's National Medical Center, by counsel, hereby respectfully move for an enlargement of time in which to conduct discovery and of the number of depositions each party may note.

Pursuant to this Court's Scheduling Order, entered April 20, 2007, "discovery shall be completed no later than December 21, 2007." Also pursuant to that Order, "each party is limited to a maximum of five depositions." The parties have been cooperating in discovery but need additional time to complete depositions of expert witnesses. The parties also agree that given the complexity of the medical standard of care, causation, and damages issues in this case, their mutual interests would be better served if each side were permitted to take up to twelve (12) depositions.[1]

---

[1] Plaintiffs have reached the five (5) deposition limit and have not completed fact witness depositions at the time of this filing. Defendant has taken one fact witness deposition at the time of this filing, reserving its remaining depositions for expert witnesses.

The parties therefore request that they be permitted to take twelve (12) depositions per side and that the Scheduling Order be modified to reflect that discovery shall be completed no later than January 30, 2008.  The proposed changes will not prejudice either party and will preserve the presently scheduled trial date of May 5, 2008.

WHEREFORE, the parties request an extension of the discovery deadline in order complete expert discovery, and an increase in the number of depositions each party may take from five (5) to twelve (12).

       Respectfully submitted,

       NEWMAN, MCINTOSH & HENNESSEY, LLP

By:  [s] Anthony Newman_____
     Anthony Newman
     7315 Wisconsin Avenue
     Suite 700E
     Bethesda, MD 20814
     (P) (301) 654-3400


       CHAIKIN & SHERMAN, P.C.

By:  [s] Ira Sherman_____
     Ira Sherman
     1232 Seventeenth St., NW
     Washington, DC 20036
     (P) (202) 659-8600
     (F) (202) 659-8680

     *Counsel for Plaintiffs*


       JACKSON & CAMPBELL, P.C.

By:  [Nicholas S. McConnell_____
     Nicholas S. McConnell (#167742)
     Krista A. Maizel (#503597)
     Lydia A. Auzoux (#477054)
     1120 – 20th Street, NW (South Tower)
     Washington, DC  20036-3437
     (P)(202) 457-1600
     (F)(202) 457-1678
     nmcconnell@jackscamp.com
     kmaizel@jackscamp.com
     lauzoux@jackscamp.com

     *Counsel for Defendant*
     *Children's National Medical Center*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2007, I caused the foregoing Joint Consent Motion to Enlarge Time for Discovery and Number of Depositions to be electronically served upon the following:

Ira Sherman, Esq.
CHAIKIN & SHERMAN, P.C.
1232 Seventeenth St., NW
Washington, DC 20036

Anthony Newman, Esq.
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave.
Suite 700E
Bethesda, MD 20814

*Counsel for Plaintiffs*

   [s] Nicholas S. McConnell
Nicholas S. McConnell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and<br>DESHAUNIA Q. SNOWDEN, as<br>Parents and Next Friends of<br>QUINTON ELIJAH SNOWDEN,<br><br>        Plaintiffs,<br><br>   v.<br><br>CHILDREN'S NATIONAL MEDICAL<br>CENTER,<br><br>        Defendant. | Civil Action No. 06CV02036<br><br>Judge Rosemary M. Collyer |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT CONSENT MOTION TO ENLARGE TIME FOR DISCOVERY
AND NUMBER OF DEPOSITIONS**

In support of the Joint Consent Motion to Enlarge Time for Discovery, Plaintiffs Teresa Morring and Deshaunia Snowden and Defendant Children's National Medical Center rely upon the following:

1. LCvR 16.4;

2. The entire record herein; and

3. The inherent equitable powers of this Court.

Respectfully submitted,

NEWMAN, MCINTOSH & HENNESSEY, LLP

By: _[s] Anthony Newman_____
 Anthony Newman
 7315 Wisconsin Avenue
 Suite 700E
 Bethesda, MD 20814
 (P) (301) 654-3400

CHAIKIN & SHERMAN, P.C.

By: _[s] Ira Sherman_____
 Ira Sherman
 1232 Seventeenth St., NW
 Washington, DC 20036
 (P) (202) 659-8600
 (F) (202) 659-8680

*Counsel for Plaintiffs*

JACKSON & CAMPBELL, P.C.

By: _[s] Nicholas S. McConnell_____
 Nicholas S. McConnell (#167742)
 Krista A. Maizel (#503597)
 Lydia A. Auzoux (#477054)
 1120 – 20th Street, NW (South Tower)
 Washington, DC 20036-3437
 (P)(202) 457-1600
 (F)(202) 457-1678
 nmcconnell@jackscamp.com
 kmaizel@jackscamp.com
 lauzoux@jackscamp.com

*Counsel for Defendant*
*Children's National Medical Center*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and )<br>DESHAUNIA Q. SNOWDEN, as )<br>Parents and Next Friends of )<br>QUINTON ELIJAH SNOWDEN, )<br>)<br>       Plaintiffs, )<br>)<br>v. )<br>)<br>CHILDREN'S NATIONAL MEDICAL )<br>CENTER, )<br>)<br>       Defendant. ) | Civil Action No. 06CV02036<br><br>Judge Rosemary M. Collyer |

## **ORDER**

Upon consideration of the Joint Consent Motion to Enlarge Time for Discovery and Number of Depositions, the entire record herein, and good cause shown, it is this _____ day of _____, 2007, hereby

ORDERED, that the Consent Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that each side in this matter may take up to twelve (12) depositions, and it is further

ORDERED, that the Scheduling Order is amended to reflect that discovery shall be completed no later than January 30, 2008.

SO ORDERED.

_____
Rosemary M. Collyer
United States District Judge


Copies to:

Ira Sherman, Esq.
CHAIKIN &SHERMAN, P.C.
1232 Seventeenth St., NW
Washington, DC 20036

Anthony Newman, Esq.
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814

Nicholas S. McConnell, Esq.
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW, South Tower
Washington, DC 20036

506337v.1