UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERESA MORRING, *et al.*,

    Plaintiffs,

v.  :  Civil Action No. 06-2036 (RMC)

CHILDREN'S NATIONAL MEDICAL
CENTER, INC.,

    Defendant.

## PLAINTIFFS' SUPPLEMENTAL 26(B)(4) STATEMENT

Given recent discovery, Plaintiffs list the following additional expert they expect to call during trial of the above captioned case:

Patrick D. Barnes, M.D.
Radiology, Pediatric MRI & CT
Room 0511, Lucille Packard Children's Hospital
725 Welch Road
Palo Alto, CA 94304

Dr. Barnes is physician board certified in radiology with a certificate of added qualifications in neuroradiology. He will testify as to his findings from his review of the medical records and the radiographic studies. He is expected to testify, to a reasonable degree of medical certainty, that the ultrasounds and MRI taken of the Quinton Snowden during his hospitalization at Children's National Medical Center (CNMC), demonstrate that the child suffered severe global brain damage from a hypoxia and/or ischemia insult, most likely from a total asphyxic event.

Dr. Barnes is further expected to opine, to a reasonable degree of medical certainty, that the abnormalities became apparent on the sonography as of 9/15/05 and prior to that time the studies demonstrated normal brain anatomy. He will explain that

the changes seen on 9/15/05 as well as those seen in later studies, may not have been recorded in the reports because the child was undergoing ECMO and the films were thus less than optimal.

Dr. Barnes will also be asked his opinion as to whether there was/were any other significant or seminal events, in the medical record from the time the child was admitted to CNMC to the time that the brain damage became apparent, other than the de-cannulation with a subsequent code and resuscitation, that could have caused such a devastating global injury to the child's brain.

Respectfully submitted,

/s/ Ira Sherman/
Ira Sherman, Esquire
CHAIKIN, SHERMAN,
CAMMARATA & SIEGEL, P.C.
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
Sherman@dc-law.net
(202) 659-8600

/s/ Anthony Newman/
Anthony Newman, Esquire
NEWMAN, McINTOSH & HENNESSEY, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814
anewman@nmhlaw.net
(301) 654-3400
**Attorneys for Plaintiffs**

- 3 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served electronically via the EM/EFC system on December 31, 2007 to:

Nicholas McConnell, Esquire
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Washington, DC 20036

                                    /s/ Ira Sherman/
                                    Ira Sherman