UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERESA MORRING,** *et al.*, | : |
| **Plaintiffs,** | : |
| v. | : Civil Action No. 06-2036 (RMC) |
| **CHILDREN'S NATIONAL MEDICAL CENTER, INC.,** | : |
| **Defendant.** | : |

**PLAINTIFFS' SUPPLEMENTAL 26(B)(4) STATEMENT**

Given recent discovery, Plaintiffs list the following additional expert they expect to call during trial of the above captioned case:

      Albert Beatty, M.D.
      3 Blancoyd Road
      Merion Station, PA  19066

Dr. Beatty is a board certified general and vascular surgeon. Dr. Beatty will render his opinion to a reasonable degree of medical certainty, based upon his review of medical records, depositions transcripts and other discovery material, as well as his teaching expertise, education and training in general and vascular surgery.  He is expected to testify, to a reasonable degree of medical certainty, that defendants violated the national standard of care in their treatment of Quinton Snowden and were negligent in:

    a.    failing to secure the ECMO catheters to avoid an inadvertent de-cannulation;

    b.    manipulating the venous catheter in such a way that it caused a loosening of the arterial catheter;

    c.    failing to properly secure the catheters in conformity with the ECMO Training Manual regarding cannulation and de-cannulation;

    d.    failing to take steps to prevent de-cannulation of the catheter prior to any manipulation of Quinton Snowden's neck; and

    e.    failing to perform adequate radiographic studies to assure proper catheter placement and anchoring.

Dr. Beatty is also expected to opine, to a reasonable degree of medical certainty, that as a direct and proximate result of the aforesaid negligent acts, Quinton Snowden's arterial catheter became dislodged, came out of the neck and caused severe blood loss, a Code Blue, and the anoxic brain injury. Dr. Beatty is expected to testify that the de-cannulation would have been avoided if proper techniques had been employed in the securing and manipulating of the catheters.

Respectfully submitted,

  /s/ Ira Sherman
Ira Sherman, Esquire
CHAIKIN & SHERMAN, P.C.
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 659-8600

  /s/ Anthony Newman
Anthony Newman, Esquire
NEWMAN, McINTOSH & HENNESSEY, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814
(301) 654-3400
***Attorneys for Plaintiffs***

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically via the EM/EFC system on January 3, 2008 to:

Nicholas McConnell, Esquire
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Washington, DC 20036

    /s/ Ira Sherman
Ira Sherman