UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERESA MORRING, *et al.*,　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　Plaintiffs,　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　: Civil Action No. 06-2036 (RMC)
　　　　　　　　　　　　　　　　　　　　:
CHILDREN'S NATIONAL MEDICAL　　　  :
CENTER, INC.,　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　:
　　Defendant.　　　　　　　　　　　　 :

### Line Entering Appearance

TO THE CLERK OF THE COURT:

　　Please enter the appearance of Joseph Cammarata, Esquire as co-counsel with Ira Sherman, Esquire and Anthony Newman, Esquire in the above-captioned case.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　/s/ Ira Sherman/
　　　　　　　　　　　　　　　　Ira Sherman, Esquire
　　　　　　　　　　　　　　　　CHAIKIN, SHERMAN,
　　　　　　　　　　　　　　　　CAMMARATA & SIEGEL, P.C.
　　　　　　　　　　　　　　　　1232 Seventeenth Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　Sherman@dc-law.net
　　　　　　　　　　　　　　　　(202) 659-8600


　　　　　　　　　　　　　　　　　/s/ Joseph Cammarata/
　　　　　　　　　　　　　　　　CHAIKIN, SHERMAN,
　　　　　　　　　　　　　　　　CAMMARATA & SIEGEL, P.C.
　　　　　　　　　　　　　　　　1232 Seventeenth Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　joe@dc-law.net
　　　　　　　　　　　　　　　　(202) 659-8600
　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically via the EM/EFC system on January 17, 2008 to:

Nicholas McConnell, Esquire
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Washington, DC 20036

                                          /s/ Joseph Cammarata/
                                          Joseph Cammarata