IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERESA A. MORRING and )
DESHAUNIA Q. SNOWDEN, as )
Parents and Next Friends of )
Q.E.S., a minor )
 ) Civil Action No. 06CV02036
          Plaintiffs, )
 ) Judge Rosemary M. Collyer
v. )
 ) Next Event: Status Conference
CHILDREN'S NATIONAL MEDICAL ) 02/08/08, 2:30 p.m.
CENTER, )
          Defendant. )

**MOTION OF DEFENDANT CHILDREN'S NATIONAL MEDICAL CENTER
TO ENLARGE TIME**

Defendant Children's National Medical Center ("CNMC"), by counsel, pursuant to Fed. R. Civ. P. 6(b), hereby respectfully moves for an enlargement of time in which to file dispositive motions.

Pursuant to this Court's Scheduling Order, filed April 20, 2007, dispositive motions were to be filed on February 4, 2008. The Court extended the close of discovery to January 30, 2008 by its Order granting Consent Motion to Enlarge Time, filed on December 4, 2007.

The parties have been cooperating through discovery, and, pursuant to the Court's Order, depositions of Plaintiffs' experts continued into mid-January. CNMC now requests an enlargement of time from February 4 to and including until February 8, 2008, to file any dispositive motions herein. The scope of the issues to be raised and evidence relevant to these issues depended in part on

the need to conduct certain expert depositions as well as obtain, review, and analyze the transcripts which have now become available.

WHEREFORE, Defendant Children's National Medical Center requests an enlargement of time in which to file dispositive motions from February 4, 2008 to and including February 8, 2008.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

   /s/ Krista A. Maizel
Nicholas S. McConnell (#167742)
Krista A. Maizel (#503597)
Lydia A. Auzoux (#477054)
1120 – 20th Street, NW (South Tower)
Washington, DC  20036-3437
(P)(202) 457-1600
(F)(202) 457-1678
nmcconnell@jackscamp.com
kmaizel@jackscamp.com
lauzoux@jackscamp.com

*Counsel for Defendant*
*Children's National Medical Center*

## CERTIFICATION PURSUANT TO LCvR 7(m)

I hereby certify that, pursuant to LCvR 7(m), I called both Ira Sherman, Esq., and Anthony Newman, Esq., counsel for Plaintiffs herein, in order to discuss the filing of this Motion to determine whether there is any opposition to the relief sought. Neither Mr. Sherman nor Mr. Newman was available, and both were left messages on their voicemail systems on the afternoon of Friday, February 1, 2008. I welcomed them to call me to discuss this Motion. As of the time of this filing, neither Mr. Sherman nor Mr. Anthony had apparently had an opportunity to return my call.

/s/ Krista A. Maizel
Krista A. Maizel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and<br>DESHAUNIA Q. SNOWDEN, as<br>Parents and Next Friends of<br>Q.E.S., a minor<br><br>    Plaintiffs,<br><br>v.<br><br>CHILDREN'S NATIONAL MEDICAL<br>CENTER,<br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06CV02036<br>)<br>) Judge Rosemary M. Collyer<br>)<br>) Next Event: Status Conference<br>) 02/08/08, 2:30 p.m.<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION
OF DEFENDANT CHILDREN'S NATIONAL MEDICAL CENTER
TO ENLARGE TIME**

In support of its Motion to Enlarge Time, Defendant Children's National Medical Center relies upon the following:

1. Fed. R. Civ. P. 6(b).

2. LCvR 7.

3. The entire record herein.

4. The inherent equitable powers of the Court.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.


    /s/ Krista A. Maizel
Nicholas S. McConnell (#167742)
Krista A. Maizel (#503597)
Lydia A. Auzoux (#477054)
1120 – 20th Street, NW (South Tower)
Washington, DC  20036-3437
(P)(202) 457-1600
(F)(202) 457-1678
nmcconnell@jackscamp.com
kmaizel@jackscamp.com
lauzoux@jackscamp.com

*Counsel for Defendant*
*Children's National Medical Center*

2

640486v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and<br>DESHAUNIA Q. SNOWDEN, as<br>Parents and Next Friends of<br>Q.E.S., a minor<br><br>        Plaintiffs,<br><br>  v.<br><br>CHILDREN'S NATIONAL MEDICAL<br>CENTER,<br>        Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06CV02036<br>)<br>) Judge Rosemary M. Collyer<br>)<br>) Next Event: Status Conference<br>) 02/08/08, 2:30 p.m.<br>)<br>) |

### ORDER

Upon consideration of the Motion of Defendant Children's National Medical Center to Enlarge Time, any opposition thereto, the entire record herein, and for good cause shown, it is this _____ day of _____, 2008, hereby

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that dispositive motions in this matter shall be filed no later than February 8, 2008.

SO ORDERED.

_____
Rosemary M. Collyer
United States District Judge

Copies to:

Ira Sherman, Esq.
CHAIKIN &SHERMAN, P.C.
1232 Seventeenth St., NW
Washington, DC 20036

Anthony Newman, Esq.
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814

Nicholas S. McConnell, Esq.
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW, South Tower
Washington, DC 20036

2