```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
                                          :
TERESA MORRING, et al.,                   :
                                          :
     Plaintiffs,                          :
                                          :
     v.                                   :   Civil Action No. 06-2036 (RMC)
                                          :
CHILDREN'S NATIONAL MEDICAL               :
CENTER, INC.,                             :
                                          :
     Defendant.                           :
                                          :
```

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO COUNTS II THROUGH XI OF THE COMPLAINT**

COMES NOW, the Plaintiffs, by and through their attorneys and, with the consent of the Defendants move this Court, pursuant to Fed.R.Civ.P. 6(b) Local Rules of the United States District Court for the District of Columbia 7(b), to enlarge the time for Plaintiffs to file an opposition to Defendant's Motion for Summary Judgment with Respect to Counts II Through XI of the Complaint through March 3, 2008.

                                   Respectfully submitted,

                                   __/s/ Ira Sherman_____
                                   Ira Sherman, Esquire
                                   CHAIKIN & SHERMAN, P.C.
                                   1232 Seventeenth Street, N.W.
                                   Washington, D.C. 20036
                                   (202) 659-8600
                                   **Attorney for Plaintiffs**

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
                                     :
TERESA MORRING, et al.,              :
                                     :
     Plaintiffs,                     :
                                     :
     v.                              :  Civil Action No. 06-2036 (RMC)
                                     :
CHILDREN'S NATIONAL MEDICAL          :
CENTER, INC.,                        :
                                     :
     Defendant.                      :
                                     :
```

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO COUNTS II THROUGH XI OF THE COMPLAINT**

In support of their Motion to Enlarge Time, Plaintiffs state the following:

This is a complex medical malpractice case. Defendant filed a thirty-nine (39) page motion for summary judgment on ten out of eleven counts at the close of business on Friday, February 8, 2008. Defendant had previously received an extension of time in which to file that motion.

The parties have agreed to conduct the remaining depositions of Plaintiffs' experts between February 19, 2008 and February 26, 2008. One of Plaintiffs' counsel, Mr. Newman, had a previously planned trip out of the country scheduled from February 9, 2008 through February 16, 2008. Upon his return,

2

counsel for both parties will have to travel to California to complete the depositions for this case.

Accordingly, Plaintiffs, with the consent of Defendant and pursuant to Fed.R.Civ.P. 6(b) and LCvR 7, respectfully move this court to enlarge the time for Plaintiffs to file an opposition to Defendant's Motion for Summary Judgment through March 3, 2008.

Respectfully submitted,

/s/ Ira Sherman
Ira Sherman, Esquire
CHAIKIN & SHERMAN, P.C.
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 659-8600
**Attorney for Plaintiffs**

**CERTIFICATION PURSUANT TO LCvR 7(m)**

    Counsel for Plaintiffs contacted counsel for Defendant on Friday, February 8, 2008 and received their consent for the enlargement of time to file an opposition.

**CERTIFICATE OF SERVICE**

    Pursuant to the United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing Consent Motion to Enlarge Time for Plaintiff to Oppose Defendant's Motion for Summary Judgment With Respect to Counts II Through XI of the Complaint was served via electronic filing on the Court's CM/ECF website on February 11, 2008 to:

Nicholas McConnell, Esquire  
JACKSON & CAMPBELL, P.C.  
1120 20th Street, N.W.  
Washington, DC 20036

                                      /s/ Ira Sherman  
                                      Ira Sherman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERESA MORRING**, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-2036 (RMC) |
| **CHILDREN'S NATIONAL MEDICAL CENTER, INC.**, | : |
| Defendant. | : |

### ORDER

Upon consideration of the Consent Motion to Enlarge Time for Plaintiffs to File an Opposition to Defendant's Motion for Summary Judgment With Respect to Counts II Through XI of the Complaint, the entire record herein, and for good cause shown, it is this _____ day of _____, 2008 hereby

**ORDERED** that the Motion be, and the same hereby is **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall have through **March 3, 2008** to file their Opposition to Defendant's Motion for Summary Judgment With Respect to Counts II Through XI of the Complaint.

_____
Rosemary M. Collyer
United States District Judge

Copies to:

Ira Sherman, Esquire
CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.
1232 Seventeenth Street, N.W.
Washington, D.C. 20036

Anthony Newman, Esquire
NEWMAN, McINTOSH & HENESSEY, LLP
7315Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814
**Attorneys for Plaintiffs**

and

Nicholas McConnell, Esquire
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Washington, DC 20036
**Attorneys for Defendants**

2