IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and<br>DESHAUNIA Q. SNOWDEN, as<br>Parents and Next Friends of<br>Q.E.S., a minor<br><br>        Plaintiffs,<br><br>v.<br><br>CHILDREN'S NATIONAL MEDICAL<br>CENTER,<br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06CV02036<br>)<br>)  Judge Rosemary M. Collyer<br>)<br>)  Next Event: Joint Pretrial<br>)  Statement due, 05/01/08<br>)<br>)<br>) |

**CONSENT MOTION OF DEFENDANT**
**CHILDREN'S NATIONAL MEDICAL CENTER TO ENLARGE TIME**

Defendant Children's National Medical Center ("Children's"), by counsel, pursuant to Fed. R. Civ. P. 6(b), hereby respectfully moves for an enlargement of time in which to file its Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment with Respect to Counts II through XI of the Complaint ("Opposition").

Children's filed its Motion for Summary Judgment with Respect to Counts II through XI of the Complaint ("Motion for Summary Judgment") on Feburary 8, 2008, in accordance with the Court's Order of February 4, 2008. According to LCvR 7(b), Plaintiffs had eleven days in which to file their Opposition. Children's consented to Plaintiffs' request for an extension and Plaintiffs filed their Opposition on March 3, 2008.

Pursuant to LCvR 7(d), Children's has five (5) days from that date—until March 10, 2008—to file and serve its Reply to Plaintiffs' Opposition. Children's

now requests an enlargement of time from March 10 to and including March 17, 2008, to file and serve its Reply to Plaintiffs' Opposition.

WHEREFORE, Defendant Children's National Medical Center requests an enlargement of time in which to file its Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment from March 10, 2008, to and including March 17, 2008.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

/s/ Nicholas S. McConnell
Nicholas S. McConnell (#167742)
Krista A. Maizel (#503597)
Lydia A. Auzoux (#477054)
1120 – 20th Street, NW (South Tower)
Washington, DC  20036-3437
(P)(202) 457-1600
(F)(202) 457-1678
nmcconnell@jackscamp.com
kmaizel@jackscamp.com
lauzoux@jackscamp.com

*Counsel for Defendant*
*Children's National Medical Center*

## CERTIFICATION PURSUANT TO LCvR 7(m)

I hereby certify that, pursuant to LCvR 7(m), this Motion was discussed with counsel for Plaintiffs and they consent to the relief requested herein.

/s/ Nicholas S. McConnell
Nicholas S. McConnell

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2008, I caused the foregoing Consent Motion to Enlarge Time, the accompanying Memorandum of Points and Authorities, and proposed form of Order to be electronically served upon the following:

Ira Sherman, Esq.
CHAIKIN & SHERMAN, P.C.
1232 Seventeenth St., NW
Washington, DC 20036

Anthony Newman, Esq.
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave.
Suite 700E
Bethesda, MD 20814

*Counsel for Plaintiffs*

/s/ Nicholas S. McConnell
Nicholas S. McConnell

669249v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and<br>DESHAUNIA Q. SNOWDEN, as<br>Parents and Next Friends of<br>Q.E.S., a minor<br><br>    Plaintiffs,<br><br>v.<br><br>CHILDREN'S NATIONAL MEDICAL<br>CENTER,<br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06CV02036<br>)<br>) Judge Rosemary M. Collyer<br>)<br>) Next Event: Joint Pretrial<br>) Statement due, 05/01/08<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION OF DEFENDANT CHILDREN'S NATIONAL MEDICAL CENTER <u>TO ENLARGE TIME</u>**

  In support of its Consent Motion to Enlarge Time, Defendant Children's National Medical Center relies upon the following:

  1. Fed. R. Civ. P. 6(b).

  2. LCvR 7.

  3. The entire record herein.

  4. The inherent equitable powers of the Court.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.


/s/ Nicholas S. McConnell
Nicholas S. McConnell (#167742)
Krista A. Maizel (#503597)
Lydia A. Auzoux (#477054)
1120 – 20th Street, NW (South Tower)
Washington, DC  20036-3437
(P)(202) 457-1600
(F)(202) 457-1678
nmcconnell@jackscamp.com
kmaizel@jackscamp.com
lauzoux@jackscamp.com

*Counsel for Defendant
Children's National Medical Center*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and<br>DESHAUNIA Q. SNOWDEN, as<br>Parents and Next Friends of<br>Q.E.S., a minor<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CHILDREN'S NATIONAL MEDICAL<br>CENTER,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06CV02036<br>)<br>) Judge Rosemary M. Collyer<br>)<br>) Next Event: Joint Pretrial<br>) Statement due, 05/01/08<br>)<br>) |

## ORDER

Upon consideration of the Consent Motion of Defendant Children's National Medical Center to Enlarge Time and the entire record herein, it is this _____ day of _____, 2008, hereby

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that Children's National Medical Center's Reply to Plaintiffs' Opposition to its Motion for Summary Judgment with Respect to Counts II through XI of the Complaint shall be filed no later than March 17, 2008.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Rosemary M. Collyer
　　　　　　　　　　　　　　　　　　　United States District Judge

2

Copies to:

Ira Sherman, Esq.
CHAIKIN & SHERMAN, P.C.
1232 Seventeenth St., NW
Washington, DC 20036

Anthony Newman, Esq.
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814

Nicholas S. McConnell, Esq.
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW, South Tower
Washington, DC 20036

669255v.1