UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA MORRING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-2036 (RMC) |
| CHILDREN'S NATIONAL MEDICAL CENTER, INC., | : |
| Defendant. | : |

## JOINT REQUEST FOR STATUS CONFERENCE

The parties have engaged in three mediation sessions and have made substantial progress and increased the likelihood of settlement of the above-referenced case. The parties have scheduled the final mediation session on April 14, 2008 at 2:00 p.m. The parties hereby request a status conference as soon after April 14, 2008 as is practicable either to conduct a hearing to approve the settlement, or to apprise the Court of the status of this litigation in the absence of a settlement.

Respectfully submitted,

/s/ Ira Sherman/
Ira Sherman, Esquire
CHAIKIN, SHERMAN,
CAMMARATA & SIEGEL, P.C.
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
Sherman@dc-law.net
(202) 659-8600

/s/ Nicholas McConnell/
Nicholas McConnell, Esquire
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Washington, DC 20036
nmcconnell@jackscamp.com
(202) 457-1600

<u>**CERTIFICATE OF SERVICE**</u>

     I HEREBY CERTIFY that a copy of the foregoing was served electronically via the EM/EFC system on April 2, 2008 to:

Nicholas McConnell, Esquire
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Washington, DC 20036

                                         /s/ Ira Sherman/
                                         Ira Sherman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA MORRING, et al. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case No. 06-2036 (RMC) |
| : | |
| CHILDREN'S NATIONAL MEDICAL : | |
| CENTER, INC. : | |
| : | |
| Defendant : | |

## ORDER

Upon consideration of Counsel's Joint Request for Status Conference, it is this ___ day of _____, 2008;

**ORDERED,** that the Joint Request for Status Conference of counsel be, and the same hereby is, **ACCEPTED**; and it is further,

**ORDERED,** that a Status Conference be set for ____ day of _____, 2008 at _____.

_____
Judge, United States District Court for the
District of Columbia

cc:

Ira Sherman, Esquire
CHAIKIN, SHERMAN,
  CAMMARATA & SIEGEL, P.C.
1232 Seventeenth Street, N.W.
Washington, D.C. 20036

Anthony Newman, Esquire
NEWMAN, McINTOSH & HENESSEY, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814
**Attorneys for Plaintiffs**

Nicholas McConnell, Esquire
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Washington, DC 20036
**Attorneys for Defendants**