IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and <br> DESHAUNIA Q. SNOWDEN, as <br> Parents and Next Friends of <br> Q.E.S., a minor, <br><br>         Plaintiffs, <br><br>    v. <br><br> CHILDREN'S NATIONAL MEDICAL <br> CENTER, <br><br>         Defendant. | Civil Action No. 06CV2036 <br><br> Judge Rosemary M. Collyer <br><br> Next event: Completion <br> of Settlement |

### JOINT MOTION TO SEAL PRAECIPE AND ATTACHMENT

Plaintiffs Teresa A. Morring and Deshaunia Q. Snowden, as Parents and Next Friends of Q.E.S., a minor (collectively, "Plaintiffs") and Defendant Children's National Medical Center ("Children's"), pursuant to LCvR 5.1(j), hereby respectfully move that the Praecipe and its Amended Exhibit 4, entitled "Q.S. Irrevocable Special Needs Trust," filed herein on May 28, 2008, be sealed. In support of this Motion, the Parties respectfully refer to the attached Memorandum of Points and Authorities.

On May 22, 2008, the Parties appeared before the Court for a Settlement Conference. At the Settlement Conference, the Court requested that Plaintiffs resubmit their Special Needs Trust, attached as Exhibit 4 to the Consent Motion for Approval of Infant Settlement. Also at the Settlement Conference, Children's asked that the Court seal the Consent Motion for Approval of Infant Settlement and all attachments thereto; Plaintiffs consented to that request. The Court then

entered a Minute Order on May 22, 2008 placing the Consent Motion for Approval of Infant Settlement and all attachments thereto under seal.

On May 28, 2008, Plaintiffs filed a Praecipe attaching and submitting to the Court the revised Special Needs Trust, as requested by the Court on May 22, 2008. That Praecipe was not filed under seal. The Parties respectfully request that the Praecipe and appended Q.S. Irrevocable Needs Trust be sealed, as they are materially related to the Consent Motion for Approval of Infant Settlement, which, at the request of the Parties, has already been sealed by the Court.

Respectfully submitted,

NEWMAN, MCINTOSH & HENNESSEY, LLP

By: ___/s/ Anthony Newman_____
Anthony Newman
7315 Wisconsin Avenue
Suite 700E
Bethesda, MD 20814
(T) (301) 654-3400
anewman@nmhlaw.net

CHAIKIN & SHERMAN, P.C.

By: ___/s/ Ira Sherman_____
Ira Sherman
1232 Seventeenth St., NW
Washington, DC 20036
(T) (202) 659-8600
Sherman@dc-law.net

*Counsel for Plaintiffs*

JACKSON & CAMPBELL, P.C.


By: __/s/ Nicholas S. McConnell_____
    Nicholas S. McConnell (#167742)
    nmcconnell@jackscamp.com
    Krista A. Maizel (#503597)
    kmaizel@jackscamp.com
    1120 – 20th Street, NW
    South Tower
    Washington, DC  20036-3437
    (T)(202) 457-1600

*Counsel for Defendant*

## CERTIFICATION PURSUANT TO LCvR 7(m)

I hereby certify that, pursuant to LCvR 7(m), Plaintiffs do not oppose the relief requested herein.

/s/ Nicholas S. McConnell<br>Nicholas S. McConnell

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2008, I caused the foregoing Joint Motion to Seal Praecipe and Attachment to be electronically served upon the following:

Ira Sherman, Esq.
CHAIKIN & SHERMAN, P.C.
1232 Seventeenth St., NW
Washington, DC 20036

Anthony Newman, Esq.
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814

*Counsel for Plaintiffs*

/s/ Nicholas S. McConnell<br>Nicholas S. McConnell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and DESHAUNIA Q. SNOWDEN, as Parents and Next Friends of Q.E.S., a minor,<br><br>        Plaintiffs,<br><br>v.<br><br>CHILDREN'S NATIONAL MEDICAL CENTER,<br><br>        Defendant. | Civil Action No. 06CV2036<br><br>Judge Rosemary M. Collyer<br><br>Next event: Completion of Settlement |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT MOTION TO SEAL PRAECIPE AND ATTACHMENT**

In support of the Joint Motion to Seal Praecipe and Attachment, the Parties respectfully rely on the following:

1. LCvR 5.1(j);

2. The entire record herein; and

3. The inherent equitable power of the Court.

Respectfully submitted,

NEWMAN, MCINTOSH & HENNESSEY, LLP

By:   /s/ Anthony Newman
Anthony Newman
7315 Wisconsin Avenue
Suite 700E
Bethesda, MD 20814
(T) (301) 654-3400
anewman@nmhlaw.net

CHAIKIN & SHERMAN, P.C.

By:   /s/ Ira Sherman
    Ira Sherman
    1232 Seventeenth St., NW
    Washington, DC 20036
    (T) (202) 659-8600
    Sherman@dc-law.net

*Counsel for Plaintiffs*

JACKSON & CAMPBELL, P.C.


By:     /s/ Nicholas S. McConnell
    Nicholas S. McConnell (#167742)
    nmcconnell@jackscamp.com
    Krista A. Maizel (#503597)
    kmaizel@jackscamp.com
    1120 – 20th Street, NW
    South Tower
    Washington, DC  20036-3437
    (T)(202) 457-1600

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and DESHAUNIA Q. SNOWDEN, as Parents and Next Friends of Q.E.S., a minor,<br><br>    Plaintiffs,<br><br> v.<br><br>CHILDREN'S NATIONAL MEDICAL CENTER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06CV2036<br>)<br>) Judge Rosemary M. Collyer<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Joint Motion to Seal Praecipe and Attachment, the consent of the Parties thereto, and the entire record herein, it is this _____ day of _____, 2008, hereby

ORDERED, that the Joint Motion to Seal Praecipe and Attachment be, and the same hereby is, GRANTED; and it is further

ORDERED, that the Praecipe and attached Q.S. Irrevocable Special Needs Trust be, and the same hereby is, SEALED.

SO ORDERED.

                     _____
                     Rosemary M. Collyer
                     United States District Judge

2

Copies to:

Ira Sherman, Esq.
Joseph Cammarata, Esq.
CHAIKIN & SHERMAN, P.C.
1232 Seventeenth St., NW
Washington, DC 20036

Anthony Newman, Esq.
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave.
Suite 700E
Bethesda, MD 20814

Nicholas S. McConnell, Esq.
Krista A. Maizel, Esq.
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW
South Tower
Washington, DC 20036

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA A. MORRING and<br>DESHAUNIA Q. SNOWDEN, as<br>Parents and Next Friends of<br>Q.E.S., a minor,<br><br>            Plaintiffs,<br><br>    v.<br><br>CHILDREN'S NATIONAL MEDICAL<br>CENTER,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06CV2036<br>)<br>)  Judge Rosemary M. Collyer<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Joint Motion to Seal Praecipe and Attachment, the consent of the Parties thereto, and the entire record herein, it is this _____ day of _____, 2008, hereby

ORDERED, that the Joint Motion to Seal Praecipe and Attachment be, and the same hereby is, GRANTED; and it is further

ORDERED, that the Praecipe and attached Q.S. Irrevocable Special Needs Trust be, and the same hereby is, SEALED.

SO ORDERED.

_____
Rosemary M. Collyer
United States District Judge

- 2 -

Copies to:

Ira Sherman, Esq.
Joseph Cammarata, Esq.
CHAIKIN & SHERMAN, P.C.
1232 Seventeenth St., NW
Washington, DC 20036

Anthony Newman, Esq.
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave.
Suite 700E
Bethesda, MD 20814

Nicholas S. McConnell, Esq.
Krista A. Maizel, Esq.
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW
South Tower
Washington, DC 20036

- 2 -